| AO-10<br>Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Siler, Eugene E., Jr. | 2. Court or Organization<br><br>U.S. District Court, E&W/Ky. | | 3. Date of Report<br><br>6/21/91 |
|---|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>Judge (active) | 5. Report Type (check appropriate type)<br><u>x</u> Nomination, Date 6/18/91<br>__ Initial __ Annual __ Final | | 6. Reporting Period<br><br>1/1/91 to 6/21/91 |
| 7. Chambers or Office Address<br><br>207 U.S. Courthouse<br>London, Kentucky 40741 | | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Executor | Estate of Eugene Siler (Father) |
| Trustee | Intervivos Trust of A.T. Siler (Grandfather) |
| Executor | Estate of Lowell Siler (Mother) |
| Director | Baptist Hospitals, Inc. (non-profit corporation) |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| X NONE (No reportable non-investment income) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Eugene E. Siler, Jr. | Date of Report<br>6/21/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Baptist Hospitals, Inc. | Transportation, lodging and food for Hospital Medical |
| (non-profit corporation) | Staff and Trustee Conference at Palm Springs, CA |
| | April 14-18, 1991 |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Bank of Williamsburg | personal loan | J |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
             N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Eugene E. Siler, Jr. | 6/21/91 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting, individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g., div., rent or Int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g. buy, sell, merger, redemp- tion) | (2) Date: Month-Day | (3) Value Code² (J-P) | (4) Gain Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Bank of Williamsburg | | | | | | | | | |
| (A) common stock | A | DIV | J | U | | | | | |
| (B) NOW account | A | INT | J | T | | | | | |
| (C) IRA | A | INT | J | T | | | | | |
| (D) IRA (S) | A | INT | J | T | | | | | |
| American Gen. Corp. | | | | | | | | | |
| (common) | A | DIV | J | T | | | | | |
| First Amer. Corp. | | | | | | | | | |
| (common) | A | | K | T | | | | | |
| United Whitley Corp. | | | | | | | | | |
| (common) | A | | J | U | | | | | |
| 1/3 undivided interest of about 40A of unimproved realty on Mt. Morgan in Williamsburg and Whitley Co. adjacent to home | A | | K | S | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000 E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3) J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000 N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated

Digitized by Google

| Name of Person Reporting | Date of Report |
|---|---|
| EUGENE SILER | 6/21/91 |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transactions.(Includes those of spouse
### and dependent children; see pages 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent, int.) | (1) Value Code2 (J-P) | (2) Value Meth. Code3 (Q-W) | (1) Type (ex: buy, sell,mer-ger,red-emption) | (2) Date: Mnth/ Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/ seller (if private transaction) |

☐ NONE (No reportable income, assets, or transactions)

| 100 acres realty in Whitley | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Co. near Laurel Lake, Black | | | | | | | | | |
| Diamond and Hightop Roads | A | | X | S | | | | | |
| The following holdings are in | | | | | | | | | |
| the Estate of my parents, | | | | | | | | | |
| Eugene Siler, Sr., who died | | | | | | | | | |
| in 1987, and Lowell Siler, who | | | | | | | | | |
| died in 1989.  I am a | | | | | | | | | |
| beneficiary.  The listings are | | | | | | | | | |
| the approximate value and | | | | | | | | | |

| Income/Gain Codes: (See col B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |

| Value Codes: (See col C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
|---|---|---|---|---|
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |

| Value Method Codes: (See column C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| | Name of Person Reporting<br>EUGENE SILER | Date of Report<br>6/21/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions.(Includes those of spouse and dependent children; see pages 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross Value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div,<br>rent,<br>int.) | (1)<br><br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Meth.<br>Code3<br>(Q-W) | (1)<br>Type<br>(ex: buy,<br>sell,mer-<br>ger,red-<br>emption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Mnth/<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/<br>seller (if private<br>transaction) |

☐ **NONE** (No reportable income, assets, or transactions)

| A. Description | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| income of my beneficial | | | | | | | | | |
| interest only. | | | | | | | | | |
| C&SW Corp. (common stock) | A | DIV | J | T | | | | | |
| Ky. Mine Supply Corp. (common) | A | DIV | J | T | | | | | |
| Am. S.W. Finance (debenture) | A | INT | J | T | | | | | |
| Mobil Oil (common) | A | DIV | J | T | | | | | |
| GTE (common) | A | DIV | K | T | | | | | |
| Texas Utilities (common) | B | DIV | K | T | | | | | |
| Exxon (common) | B | DIV | M | T | | | | | |
| Am. Home Products (common) | A | DIV | J | T | | | | | |

| Income/Gain Codes:<br>(See col B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|

| Value Codes:<br>(See col C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
|---|---|---|---|---|

| Value Method Codes:<br>(See column C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |
|---|---|---|---|---|

Digitized by Google

| Name of Person Reporting | Date of Report |
|---|---|
| EUGENE SILER | 6/21/91 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions.(Includes those of spouse and dependent children; see pages 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent, int.) | (1) Value Code2 (J-P) | (2) Value Meth. Code3 (Q-W) | (1) Type (e: buy, sell,mar-ger,red-emption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Mnth/ Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/ seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| SLE Govt. Securities Fund | | | | | | | | | |
| (mutual fund) | A | DIV | J | T | | | | | |
| Bank of Williamsburg (common) | A | DIV | J | U | | | | | |
| Bank of Williamsburg (CDs and | | | | | | | | | |
| NOW accounts) | A | INT | J | T | | | | | |
| Parents' residence | A | | K | Q | | | | | |
| Chevron (common) | A | DIV | J | T | | | | | |
| Armco (common) | A | DIV | J | T | | | | | |
| Ashland Oil (common) | A | DIV | J | T | | | | | |
| | | | | | | | | | |

| Income/Gain Codes: (See col B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |

| Value Codes: (See col C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
|---|---|---|---|---|
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |

| Value Method Codes: (See column C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Eugene E. Siler, Jr. | 6/21/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Eugene E. Siler, Jr._          Date June 21, 1991

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS

1.   Mail signed original and 3 additional copies to:      Judicial Ethics Committee
                                                            Administrative Office of the
                                                            United States Courts
                                                            Washington, DC 20544

2.   Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

TOTAL P.02

Digitized by Google